IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ENTERGY ARKANSAS, LLC PLAINTIFF

v. NO. 4:26cv899-LPR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 01 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

ARKANSAS DEMOCRAT-GAZETTE, INC.;
SYDNEY SASSER;
ARKANSAS TIMES LP;
BYRON TATE; and
JESSICA KIVELL DEFENDANTS

**CERTIFICATE IN SUPPORT OF MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

I, Gary D. Marts, Jr., am an attorney for plaintiff Entergy Arkansas, LLC ("EAL") and provide this certification in support of EAL's complaint and motion for an ex parte temporary restraining order under Fed. R. Civ. P. 65(b):

1. EAL brings this action to prevent further dissemination and disclosure of trade secrets contained in highly sensitive protected information ("HSPI") that EAL submitted to the Arkansas Public Service Commission ("PSC"). The PSC has mistakenly disclosed EAL's trade secrets in response to a Freedom of Information Act ("FOIA") request made by one of the defendants in this action. Further disclosure of that information poses grave harm to EAL and violates both federal and state law, so EAL seeks a temporary restraining order, a preliminary injunction, and a permanent injunction in its verified complaint.

4

2. I certify that EAL will provide notice of its complaint and request for a temporary restraining order by emailing copies to each of the defendants. Such notice is the best possible short-term notice available under the circumstances. EAL will also move expeditiously to serve the complaint and summons on each of the defendants.

3. Notice should not be required because the situation facing EAL is exigent and requires urgent action to prevent further disclosure of EAL's trade secrets. Defendants Arkansas Democrat-Gazette, Inc. and Sydney Sasser have already published EAL's trade secrets, and EAL fears further disclosures from them and the other defendants should the Court not take immediate action.

Gary D. Marts, Jr.
*Attorney for Plaintiff*

September 1, 2026