AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

Entergy Arkansas LLC

V.

AR Democrat-Gazette Inc. et al.

## EXHIBIT AND WITNESS LIST

Case Number: 4:26-CV-00899-LPR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Lee P. Rudofsky | Gary Marts and Stephen Lancaster | John Adams/Pro Se Defts |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| TRO Hearing 9/1/2026 | Lorie Kennedy | Heather Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | WITNESS LIST |
| | | 9/1/2026 | | | David Palmer |
| | | 9/1/2026 | | | Jessica Kivell |
| | | | | | |
| | | | | | EXHIBIT LIST |
| 1 | | 9/1/2026 | X | X | Public Commission Order |
| 2 | | 9/1/2026 | X | X | Memorandum |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.