**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ENTERGY ARKANSAS, LLC** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00899-LPR**

**ARKANSAS DEMOCRAT-GAZETTE, INC.;**
**SYDNEY SASSER;**
**ARKANSAS TIMES LP;**
**BYRON TATE; and**
**JESSICA KIVELL** **DEFENDANTS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John T. Adams of James & Carter, PLC enters an appearance in the above-captioned case on behalf of Separate Defendants Arkansas Democrat-Gazette, Inc. and Sydney Sasser.

Dated: August 2, 2026

Respectfully submitted,

John T. Adams (AR2005014)
**JAMES & CARTER, PLC**
100 River Bluff Drive, Suite 420
Little Rock, AR 72202-2213
Tel 501.372.1414
jadams@jamescarterlaw.com

***Attorney for Separate Defendants Arkansas Democrat-Gazette, Inc. and Sydney Sasser***