**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**
**CLERK**

(501) 604-5351

September 2, 2026

John T. Adams
James & Carter PLC
100 River Bluff Drive, Suite 420
Little Rock, AR 72202

Re: Deficiency Filing # 9 - Notice of Appearance
Case No. 4:26-CV-00899-LPR,
Entergy Arkansas LLC v. Arkansas Democrat-Gazette Inc et al

Dear Mr. Adams:

The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

Sincerely,

TAMMY H. DOWNS, CLERK

By: L. Beatty
Deputy Clerk