**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ENTERGY ARKANSAS, LLC

Plaintiff,

v. Case No. 4:26-cv-899-LPR

ARKANSAS DEMOCRAT-GAZETTE, INC.;
SYNDNEY SASSER;
ARKANSAS TIMES LP;
BYRON TATE; and
JESSICA KIVELL,

Defendants.

**ENTRY OF APPEARANCE**

COMES NOW, Wendy L. Johnson, of RMP LLP, hereby enters her appearance as counsel on behalf of Defendant, Jessica Kivell and requests that she receive copies of any and all further notices, pleadings or correspondence in this matter from this point forward.

Respectfully submitted,

**JESSICA KIVELL**, Defendant

By: _*/s/ Wendy L. Johnson*_______________

Wendy L. Johnson (AR Bar #94067)
**RMP LLP**
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762
Phone: (479) 443-2705
Fax: (479) 443-2718
wjohnson@rmp.law

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to other counsel in the matter which are registered CM/ENF users.

*/s/ Wendy L. Johnson*
WENDY L. JOHNSON