**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ENTERGY ARKANSAS, LLC** **PLAINTIFF**

**v.** **Case No. 4:26-CV-00899-LPR**

**ARKANSAS DEMOCRAT-GAZETTE, INC., *et al.*** **DEFENDANTS**

# ORDER

## COURTROOM AND MEDIA PROTOCOL

The purpose of this Order is to address issues that may arise during the hearing scheduled in this matter for September 2, 2026, and to ensure that this proceeding is open to the public to the extent possible in the light of space limitations in the courtroom. To do so, the following will be in effect during the trial:

1. Except for court personnel and as stated below, no one will bring into the courtroom any laptop computers, beepers, walkie-talkies, cellular telephones, electronic transmitting equipment, or any other noise-generating electronic or mechanical devices.

2. Attorneys and their staff may bring into the courtroom electronic devices pursuant to and subject to the restrictions in General Order No. 54.

3. In accordance with the Local Rules of the Eastern District of Arkansas, duly identified and authorized representatives of the media may discreetly make audiotapes during the evidentiary hearing in open court solely for the purpose of assuring the accuracy of reports. *See* Local Rule 83.2(d), Rules of United States District Court for the Eastern and Western Districts of Arkansas. A violation of this rule likely will result in the revocation of this exception for the violating party.

4. Everyone must be seated before Court is opened. Seating arrangements will be open. No spectator standing will be allowed during Court sessions.

5. All media questions should be directed to the Clerk of Court. Please do not call the Judge's chambers for information.

So ordered this 2nd day of September, 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE