IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ENTERGY ARKANSAS, LLC PLAINTIFF

v. NO. 4:26-cv-899-LPR

ARKANSAS DEMOCRAT-GAZETTE, INC.;
SYDNEY SASSER;
ARKANSAS TIMES LP;
BYRON TATE; and
JESSICA KIVELL DEFENDANTS

## **ENTERGY ARKANSAS, LLC'S RULE 7.1(A)(1) DISCLOSURE**

Under Fed. R. Civ. P. 7.1(a)(1), Entergy Arkansas, LLC ("Entergy Arkansas") discloses the following:

1. No corporation owns any of Entergy Arkansas's stock, as Entergy Arkansas is a limited liability company with no stock.

2. Entergy Arkansas's indirect parent is Entergy Corporation, which is publicly held.

3. Entergy Arkansas's organizational chart is attached as Exhibit 1.

Stephen R. Lancaster (93061)
Gary D. Marts, Jr. (2004116)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
slancaster@wlj.com; gmarts@wlj.com

*Attorneys for Entergy Arkansas, LLC*