## Entergy Corporation and Subsidiaries




Unless otherwise noted, an entity is 100% owned by the entity immediately above it.

**Note 1:** Entergy Corporation, Entergy Utility Affiliates, LLC, Entergy Utility Assets Holdings, Inc., Entergy Utility Enterprises, Inc., Entergy Utility Group, Inc., and Entergy Utility Property, Inc. each hold common membership interests. Unaffiliated third parties and Entergy Utility Affiliates, LLC own preferred membership interests.

**EXHIBIT**
1