IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ENTERGY ARKANSAS, LLC PLAINTIFF

v. NO. 4:26-cv-00899-LPR

ARKANSAS DEMOCRAT-GAZETTE, INC.;
SYDNEY SASSER;
ARKANSAS TIMES LP;
BYRON TATE; and
JESSICA KIVELL DEFENDANTS

**NOTICE OF DISMISSAL**

Plaintiff Entergy Arkansas, LLC gives notice of the dismissal of this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). No party has filed an answer or a motion for summary judgment.

Stephen R. Lancaster (93061)
Gary D. Marts, Jr. (2004116)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
slancaster@wlj.com; gmarts@wlj.com

*Attorneys for Entergy Arkansas, LLC*